# UNITED STATES DISTRICT COURT
для the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| YILENA CRESPO-RUIZ | ) | Case No. |
| | ) | 5:20-mj-1053-PRL |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 16, 2019__ in the county of __Sumter__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 1029(a)(1) | --Use of one or more counterfeit access devices |
| 18 U.S.C. Sec. 1029(a)(3) | --Possession of 15 or more counterfeit/unauthorized access devices with intent to defraud |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Roger D Fuentes*
*Complainant's signature*

SA Roger Fuentes, US Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/23/20

*Judge's signature*

City and state: Ocala, FL

Hon. Philip R. Lammens
*Printed name and title*

Scanned

**STATE OF FLORIDA**                                  Case No. 5:20-mj-1053-PRL

**COUNTY OF MARION**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Roger D. Fuentes, being duly sworn, state as follows:

1. I am a Senior Special Agent of the United States Secret Service (USSS) and have been so employed for over 19 years. I am currently assigned to the Orlando Field Office. Among my duties as a Senior Special Agent, I am charged with the investigation of financial crimes, including check fraud, identity fraud, credit card fraud, bank and wire fraud, and the manufacturing, possession and passing of counterfeit United States currency. I have been involved in numerous financial crimes investigations that resulted in federal arrests and search warrants. Prior to my employment with the USSS, I was a Patrol Agent with the Border Patrol and an Inspector with the Immigration and Naturalization Service.

2. The information in this affidavit is based upon my personal knowledge, information obtained from other law enforcement personnel, information obtained from corporate investigators, and information obtained from financial and other banking institutions. It is provided solely for the purpose of establishing probable cause in support of a criminal complaint for the arrest of the defendant, YILENA CRESPO-RUIZ. Because this affidavit is submitted for the limited purpose of establishing such probable cause, it does not include all of the details of this investigation.

3. As detailed herein, probable cause exists to believe that YILENA CRESPO-RUIZ has committed violations of 18 U.S.C. §§ 1029(a)(1) (use of one or more counterfeit access devices) and 1029(a)(3) (possession of 15 or more counterfeit access devices with intent to defraud).

## PROBABLE CAUSE

4. On February 16, 2019, a Sumter County Sheriff's Office (SCSO) deputy was monitoring a gas station located on East State Road 44 in Wildwood[1], Florida. This business is frequently monitored by SCSO deputies because its position on a high-traffic route makes it a frequent target for credit card-based identity theft and fraudulent fuel purchases.

5. While monitoring the gas station, the deputy observed CRESPO-RUIZ pumping a large amount of diesel fuel into a white Ford van. The deputy watched as CRESPO-RUIZ completed one fuel transaction, hung up the diesel pump, inserted another card into the pump's card reader, and began another diesel fuel transaction. Based on training and experience, both I know this behavior is common in incidences of diesel fuel theft using fraudulent credit cards.

6. The deputy entered the gas station and spoke to the manager on duty about CRESPO-RUIZ's fuel purchases. The manager stated that CRESPO-RUIZ had completed one purchase of exactly $100 worth of fuel (32.268 gallons of diesel) using a MasterCard with the last four digits ending in 0325. The manager also advised that CRESPO-RUIZ had recently begun a second transaction using the same

---

[1] Wildwood is located in Sumter County, within the Middle District of Florida.

MasterCard, and that the transaction was still in progress. This behavior is also common in fuel theft cases, as perpetrators will often use multiple fraudulent credit cards (sometimes including multiple cards encoded with the same account information) to conduct multiple transactions of $100 or more, since their vehicles are often illegally modified to hold far more fuel than normal.

7. The deputy approached CRESPO-RUIZ at the pump without activating the lights or sirens on his patrol vehicle or blocking her van. As the deputy approached, CRESPO-RUIZ attempted to walk away, leaving her vehicle running and unattended. The deputy asked CRESPO-RUIZ in English and Spanish how she paid for the fuel for her vehicle. CRESPO-RUIZ replied that she paid with a card and handed the deputy a MasterCard bearing her name and an account number ending in 1750. This MasterCard was different from the card ending in 0325 used for both of CRESPO-RUIZ's previous transactions.

8. The deputy then returned inside the gas station and retrieved the receipts for the MasterCard transactions ending in 0325. Upon returning to CRESPO-RUIZ, the deputy asked for consent to search her van in both English and Spanish. CRESPO-RUIZ gave verbal consent to the search.

9. Inside the center console of CRESPO-RUIZ's van, the deputy observed two credit cards with five-digit ZIP codes written on them in black magic marker. This is common on credit cards which have been fraudulently re-encoded with stolen account numbers; since the fraudulent user of the credit card is not the actual account holder, they are unlikely to know the associated ZIP code offhand and must

3

write it down to use the card. While inspecting the cargo area of the van, the deputy saw a large metal liquid transfer container with an attached rubber hose and diesel nozzle. Beneath the diesel hose was an electronic recorder that kept track of how many gallons the transfer container had dispensed. A large amount of diesel fuel covered the floorboards of the cargo compartment—it appeared that the fuel had leaked from the container.

10. An SCSO detective arrived at the gas station as CRESPO-RUIZ's vehicle was searched. After running the recovered credit cards through a card reader, the detective realized that the cards contained fraudulent account information and that the names on the cards did not match the names associated with the encoded account information. SCSO arrested CRESPO-RUIZ on state charges of credit card fraud and unlawful conveyance of fuel. The detective conducted an inventory search of CRESPO-RUIZ's van before it was towed from the scene[2] and discovered two bundles of similar cards (totaling 29) inside CRESPO-RUIZ's purse. The detective scanned the cards with his card reader and confirmed that all of the cards recovered from CRESPO-RUIZ were re-encoded with credit card information from accounts not belonging to CRESPO-RUIZ.

11. On July 29, 2019, a USSS investigative analyst performed a database query on the 31 total re-encoded cards that were found in CRESPO-RUIZ's possession. The re-encoded cards contained credit card account information from

---

[2] Because the vehicle had been illegally modified to add an additional internal (and unsafe) diesel fuel container, it was incapable of being legally operated on public roads and had to be towed.

4

account holders of USAA, Citibank, Chase Bank, Bank of America and other institutions. None of these accounts belonged to CRESPO-RUIZ. As all of these financial institutions are headquartered in U.S. states other than Florida and do extensive business throughout the continental U.S. as well as many other countries, the offense has effected both interstate and foreign commerce.

## CONCLUSION

12. Based on the foregoing, there is probable cause to believe that the defendant, YILENA CRESPO-RUIZ, has committed violations of 18 U.S.C. §§ 1029(a)(1) (use of one or more counterfeit access device) and 18 U.S.C. § 1029(a)(3).

This concludes my affidavit.

_Roger D Fuentes_
Roger D. Fuentes, Senior Special Agent
United States Secret Service

Sworn and subscribed before me
this 23 day of April, 2020.

_[signature]_
The Honorable Philip R. Lammens
United States Magistrate Judge

5